

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00118-CV

| | | |
|---|---|---|
| In the Interest of a Child | § | From 325th District Court |
| | § | of Tarrant County (325-554472-14) |
| | § | April 7, 2016 |
| | § | Opinion by Justice Walker |
| | § | Concurrence by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Mother and Father shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
      Justice Sue Walker